UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VOLUNTEER ENERGY SERVICES, INC.,

        Plaintiff,

                                File No.  1:11-CV-554

v.

                                HON. ROBERT HOLMES BELL

OPTION ENERGY, LLC, et al.,

        Defendants.

_____/

## TEMPORARY RESTRAINING ORDER

      This matter is before the Court on Plaintiff Volunteer Energy Services, Inc.'s *ex parte* motion for a temporary restraining order and preliminary injunction against Defendant Option Energy, LLC.  (Dkt. No. 12.)

      Upon review of Plaintiff's first amended complaint, motion for temporary restraining order and preliminary injunction, memorandum in support, and Rule 65 certification, it appears that immediate and irreparable injury, loss, or damage will result to Plaintiff before Defendant can be heard in opposition.  Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's motion for a temporary restraining order (Docket # 12) is **GRANTED**.

      **IT IS FURTHER ORDERED** that Defendant Option Energy, LLC, its agents, employees, successors, assigns and/or others in active concert or participation with it are

**ENJOINED** from soliciting, or attempting to solicit, any existing customer of Volunteer Energy Services, Inc. regarding the purchase of natural gas by any such customer in the territory described in Defendant Option Energy, LLC's Agent Agreement with Plaintiff Volunteer Energy Services, Inc.

**IT IS FURTHER ORDERED** that a **HEARING** shall be held on Plaintiff's motion for preliminary injunction on **Tuesday, June 21, 2011, at 1:15 p.m.**, Courtroom 601, Ford Federal Building, 110 Michigan Ave. N.W., Grand Rapids, MI 49503, at which time Defendant Option Energy, LLC shall **SHOW CAUSE** why preliminary injunctive relief should not be entered against it as prayed for in Plaintiff's complaint and motion for preliminary injunction.

**IT IS FURTHER ORDERED** that Plaintiff shall **SERVE** a copy of its first amended complaint, motion for temporary restraining order and preliminary injunction, memorandum in support, Rule 65 certification, and this order on Defendants on or before Monday, June 13, 2011.

**IT IS FURTHER ORDERED** that Plaintiff shall **DEPOSIT $1,000.00** in cash or cashier's check with the Clerk of the Court as security.

Date: June 8, 2011                     /s/ Robert Holmes Bell
Time: 2:15 p.m.                        ROBERT HOLMES BELL
                                       UNITED STATES DISTRICT JUDGE

2