UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VOLUNTEER ENERGY SERVICES INC.,

       Plaintiff,

v.

File No. 1:11-CV-554

HON. ROBERT HOLMES BELL

OPTION ENERGY LLC, JONATHAN
ROCKWOOD, and IVAN PILLARS,

       Defendants.
                                       /

**<u>O R D E R</u>**

This matter comes before the Court on Defendant Option Energy LLC's ("Option") objections to writs of garnishment and requests for a temporary restraining order. (Dkt. Nos. 188, 189, 191, 201.) Option filed these objections in order to protect its rights prior to this Court's decision on Option's motion to stay proceedings to enforce judgment pending appeal. (Dkt. No. 187.) This Court denied Option's motion to stay by order dated March 5, 2014. (Dkt. No. 210.) In light of this order, the basis for Option's objections to garnishment and its request for a temporary restraining order have been rendered moot.[1] Accordingly,

---

[1] Option's fifth objection includes a new argument that commissions owed to Option's independent contractor brokers are exempt from garnishment. (Dkt. No. 208.) Because the Court's March 5, 2014, order did not address this argument, Option's fifth objection is not rendered moot by the Court's March 5, 2014, order.

**IT IS HEREBY ORDERED** that Option's objections to writs of garnishment and requests for a temporary restraining order (Dkt. Nos. 188, 189, 191, 201) are **DENIED AS MOOT**.


Dated: March 14, 2014                                /s/ Robert Holmes Bell
                                                     ROBERT HOLMES BELL
                                                     UNITED STATES DISTRICT JUDGE